NO.  07-03-0339-CV

        07-04-0041-CV 

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

FEBRUARY 23, 2006

______________________________

REGINALD S. Y. LEE, APPELLANT

V. 

JUSTIN HERSEY, TRAVIS J. HERSEY AND

THE FRANK J. HERSEY FAMILY TRUST, APPELLEES

_________________________________

FROM THE COUNTY COURT AT LAW NO. 1 OF MONTGOMERY COUNTY;

NO. 01-15,925-P; HONORABLE DENNIS WATSON, JUDGE

_______________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION

Appellant Reginald S.Y. Lee appeals two turnover orders issued by the trial court
.
(footnote: 1) The trial court’s Final Judgment 
Non Obstante Veredicto
, which forms the basis of the turnover orders, is the subject of an appeal before this court in cause number 07-03-00219-CV.  In light of this court’s February 23, 2006 opinion and judgment in that cause, we reverse the trial court’s turnover orders and vacate them in their entirety.      

James T. Campbell

         Justice

FOOTNOTES
1:
1
 
The June 17, 2003 turnover order is the subject of cause number 07-03-00339-CV, and the October 15, 2003 turnover order is the subject of cause number 07-04-00041-CV.  We consider the appeal of these two turnover orders together in this opinion.